RECEIVED
SEP 27 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

FILED
SEP 27 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

United States District Court
Western District of Texas
Austin Division

United States of America,
    Plaintiff,

v.

Borden Barrows,
    Defendant,

and

Government of the District of Columbia,
    Garnishee.

Empl ID: 00117382

Case No. A-11-CR-258-SS(2)

## Answer of the Garnishee

I, __Michelle Washington__ the __Control and Garnishment Pay Manager__
      Name                                         Title

of __Control and Garnishment Unit__ state under penalty of perjury as follows:

Garnishee is (choose one):

☐    An Individual

☐    An individual doing business as: _____

☐    A partnership    ☐ LP    ☐ LLP    ☐ LLC

☑    A governmental unit under the laws of the State of __District of Columbia Government__

☐    A corporation organized under the laws of the State of _____

☐    _____

On __September 20, 2022__ Garnishee was served with a Writ of Garnishment. At the time Garnishee was served with the Writ, Garnishee had in its possession, Custody, or control of the following property of:

☑ Defendant    ☐ Defendant's Spouse, _____

1. __Borden Barrows__ was or has been a    ☐ Contractor    ☑ Employee

    with garnishee from: __06/7/2021__ to __current__

2. ☑ Defendant    ☐ Defendant's Spouse, _____ pay period is:

☐ weekly  ☑ bi-weekly  ☐ semi-monthly  ☐ Monthly

other: _____

The current pay period began  08/28/2022  and ends  09/10/2022

3. Enter amounts for the pay period when Garnishee was served with the Writ:

(a) Gross Earnings[1]          $ 3,595.34

(b) Less deductions required by law:

| | |
|---|---|
| Federal Income Tax | $ 502.96 |
| FICA | $ 221.25 |
| Medicare | $ 51.74 |
| Medical Insurance | $ |
| Child Support | $ |
| State Income Tax | $ 233.59 |
| City/Local Income Tax | $ |
| Required Retirement | $ |
| Other _____ | $ |
| Other _____ | $ |
| Other _____ | $ |
| Total of legally required withholdings | $ 1009.54 |

(c) Disposable Earnings
(a) less total of (b)          $ 2585.80

**25% of disposable income to be withheld:**  $ 646.45

4. Does the Garnishee have possession, custody, or control of property belonging to or due  Borden Barrows  , in addition to the property described above?

☐ Yes  ☑ No  If yes, describe the property:

_____

---

[1] "Earnings" means compensation paid or payable for personal services, whether denominated as wages, salary, commission, bonus, or otherwise, and includes periodic payments from a pension or retirement program. "Disposable earnings" means that part of earnings remaining after all deductions required by law have been withheld. "Nonexempt disposable earnings" means 25% of disposable earnings. 28 U.S.C. §§ 3002(5)-(6), (9).

_____

_____

_____

If _____ is due retirement, include distribution and terms:
         N / A

_____

5.  Are other garnishments or court-ordered withholdings in effect including, but not limited to, child support or alimony:  ☐ Yes  ☑ No

If yes, include the case number, county, and state: _____

_____

**\*DO NOT DISBURSE WITHHOLDINGS UNTIL FURTHER COURT ORDER.\***

**\*FEDERAL LAW DOES NOT PROVIDE A FEE TO THE GARNISHEE.\***

6.  If Garnishee denies holding property subject to garnishment:

☐   Garnishee makes the following claim of exemption for: _____

_____

☐   Garnishee has the following objections, defenses, or set-offs:

_____

☐   Garnishee is not indebted to and is unaware of any indebtedness due
                                     , and does not and will not have in its
Possession, custody, or control property in
which                                    _____
has an interest.


Garnishee delivered the original of this Answer to the United States District Clerk, Western District of Texas, _____

☐   by electronic filing. *See* Local Rule 49.2(b) and/or the Western District of Texas ECF Administrative Procedures Manual for information regarding required judge's

copy.

☐   by first class mail.

Garnishee delivered the original of this Answer to:

1) _____

☐   by electronic filing. *See* Local Rule 49.2(b) and/or the Western District of Texas ECF Administrative Procedures Manual for information regarding required judge's copy.

☐   by first class mail.

2) _____

☐   by electronic filing. *See* Local Rule 49.2(b) and/or the Western District of Texas ECF Administrative Procedures Manual for information regarding required judge's copy.

☐   by first class mail.

3)   United States Attorney's Office, **Todd R. Keagle**, AUSA,
     601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216

☐   by electronic filing. *See* Local Rule 49.2(b) and/or the Western District of Texas ECF Administrative Procedures Manual for information regarding required judge's copy.

☐   by first class mail.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the above is true and correct. Executed this ___21___ day of ___September___ 2022.

*Michelle Washington*                           Michelle Washington
_____Signature_____                    _____Printed Name_____

Title:                  Control and Garnishment Pay Manager
Address:                441 4th Street NW, Suite 420-S
City, State, Zip:       Washington, DC 20001
Telephone & Fax Numbers: (202) 741-8650 office          (202) 741-8581 Fax
Email:                  oprscontrolandgarnishmentunit@dc.gov
                        cc:   michelle.washington@dc.gov
                              alvin.blunt@dc.gov

STATE OF  _____

COUNTY OF  _____

Subscribed and sworn to before me this 21st day of September 2022.

_____
Notary Public Signature

Annette J. Mason
Notary Public, District of Columbia
My Commission Expires January 1, 2026

GOVERNMENT OF THE DISTRICT OF COLUMBIA
OFFICE OF THE CHIEF FINANCIAL OFFICER
OFFICE OF PAY AND RETIREMENT SERVICES
441 4TH STREET, NW • SUITE 400 SOUTH
WASHINGTON, DC 20001-2725

OFFICIAL BUSINESS
PENALTY FOR MISUSE

7870138812 0008

United States District Clerk
Western District of Texas
501 West Fifth Street. Suite1100
Austin, Texas 78701

SCANNED BY CSO
SEP 27 2022

02 1P
0000920042        $ 000.73
MAILED FROM ZIP CODE 20001
SEP 23 2022
PITNEY BOWES