United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>    v.<br><br>Borden Barrows,<br>    Defendant,<br><br>and<br><br>Government of the District of Columbia,<br>    Garnishee. | Case No. A-11-CR-258-SS(2) |

## Motion to Unseal Garnishment Documents

COMES NOW the United States of America and files this Motion to Unseal Garnishment Documents. In support hereof, Plaintiff shows as follows:

The Garnishee has been served with the writ of garnishment. It is no longer necessary for these proceedings to be sealed. The United States of America therefore moves this Court to unseal the following documents:

- Government's Motion to Seal Garnishment Documents;
- Order Sealing Documents;
- Notice of Appearance;
- Application for Writ of Garnishment;
- Order for Issuance of Writ of Garnishment;
- Writ of Garnishment;
- Clerk's Notice of Post-Judgment Garnishment; and
- Any other documents filed pertaining to this garnishment proceeding.

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By: /s/ *Todd R. Keagle*
    **TODD R. KEAGLE**

Assistant United States Attorney
Texas Bar No. 24031529
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Telephone: (210) 384-7138
Facsimile:  (210) 384-7247
E-mail: Todd.Keagle@usdoj.gov

**STEVEN E. SEWARD**
Assistant United States Attorney
Florida Bar No. 29546
601 N.W. Loop 410, Suite 600
San Antonio, Texas  78216
T: (210) 384-7259
F: (210) 384-7247
E-mail: Steven.Seward@usdoj.gov

ATTORNEYS FOR UNITED STATES

**Certificate of Service**

I certify that on September 29, 2022, I electronically filed this document with the Clerk of Court using the CM/ECF system.

☐  The CM/ECF system will send notification to the following CM/ECF participant(s):

☒  I also certify that I have mailed this document by United States Postal Service to the following non-CM/ECF participant(s):

| | |
|---|---|
| Government of the District of Columbia<br>Control and Garnishment Unit<br>Attn: Michelle Washington<br>Payroll Manager<br>441 4th Street NW, Suite 4205<br>Washington, DC 20001<br>*Garnishee* | Borden Barrows<br>336 Vierling Drive<br>Silver Spring, Maryland 20904<br>*Defendant* |

/s/ *Todd R. Keagle*
**TODD R. KEAGLE**
Assistant United States Attorney

United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>Borden Barrows,<br>    Defendant,<br><br>and<br><br>Government of the District of Columbia,<br>    Garnishee. | Case No. A-11-CR-258-SS(2) |

### Order Unsealing Documents

The United States of America has moved to unseal previously filed documents. The Court finds that there is no longer a need to seal documents herein because garnishee to this garnishment proceeding has been noticed with the writ. The Court therefore grants the motion and orders that previously sealed documents filed in the garnishment proceeding be unsealed, to-wit:

- Motion to Seal Documents;
- Order Sealing Documents;
- Notice of Appearance;
- Application for Writ of Garnishment;
- Order for Issuance of Writ of Garnishment;
- Writ of Garnishment;
- Clerk's Notice of Post-Judgment Garnishment; and
- Any other document filed under seal in this garnishment proceeding.

IT IS SO ORDERED.

DATED: _____

                    SAM SPARKS
                    SENIOR UNITED STATES DISTRICT JUDGE